■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER E. FULLER, Appellant. [902 NYS2d 484]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.),

rendered November 30, 2007. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.